KAITLIN M TRA...
10·16·18

FILED

2018 OCT 16 AM 10: 02

MC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ravi SINGH,<br><br>Defendant. | Case No. **'18 MJ 10924**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1325(a)(2)<br>Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about October 15, 2018 within the Southern District of California, defendant, SINGH, Ravi being an alien, unlawfully eluded examination and inspection by immigration officers; in violation of Title 8, United States Code, Section 1325(a)(2), a misdemeanor.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

MANUEL ANGULO
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF OCTOBER 2018.

HON. NITA L. STORMES
U.S. MAGISTRATE JUDGE

KAITLIN M. TRACEY
10-16-18

UNITED STATES OF AMERICA
V.
Ravi SINGH

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) F. Valdes that defendant Ravi SINGH (SINGH), entered into the United States on October 15, 2018 and was arrested on October 15, 2018, near Andrade, California.

On October 15, 2018 BPA Valdes was informed by Yuma Sector Camera Operator that they had visual of three subjects climbing the International Boundary Wall .25 miles east of the Andrade, California Port of Entry and running northwest toward the Alamo Pond Bridge.

BPA Valdes responded to the area and and located the three subjects, one of whom was later identified as SINGH, walking across the Alamo Pond Bridge approximately .20 miles north of the International Boundary Wall. BPA Valdes identified himself as a United States Border Patrol Agent and conducted an immigration field interview questioning SINGH as to his citizenship. SINGH stated that he is a citizen of India and does not possess the necessary documents to enter, travel through, or remain in the United States legally. BPA Valdes then placed SINGH under arrest and was transported to the Yuma Border Patrol Station for futher processing.

There is no evidence showing SINGH has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

3